# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHAEL DAVITT,
    #91072

    Plaintiff,

vs.

DEBRA BROOKS, *et al.*,

    Defendants.

3:10-cv-0180-HDM-RAM

**ORDER**

Plaintiff is a prisoner proceeding *pro se* and has submitted a complaint (#1) attempting to initiate a civil rights action pursuant to 42 U.S.C. § 1983. He did not submit an application to proceed *in forma pauperis* or pay the filing fee. On at least three (3) occasions, the Court has dismissed civil actions commenced by Plaintiff for being frivolous.[1] On May 3, 2010, plaintiff was directed to pay the full $350 filing fee or this action would be dismissed (docket #4). Plaintiff has failed to pay the fee as required. Therefore, the complaint shall be filed and dismissed.

**IT IS THEREFORE ORDERED** that the clerk shall file the complaint submitted on March 31, 2010 (docket #1-1).

---

[1] *See Davitt v. Hellig*, 3:08-cv-0604-LRH-VPC; *Davitt v. McDaniel*, 3:09-cv-0028-ECR-RAM; *Davitt v. McDaniel*, 3:09-cv-0074-RCJ-RAM. The Court takes judicial notice of its prior records in the above matters.

**IT IS FURTHER ORDERED** that the complaint is **dismissed** without prejudice.

The Clerk shall enter judgment accordingly.

DATED: June 29, 2010.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE