AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

MICHAEL DAVITT,

      Plaintiff,     JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER:   3:10-CV-0180-HDM-RAM

DEBRA BROOKS, et al,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the complaint is **dismissed without prejudice.**

| | |
|---|---|
| June 29, 2010 | **LANCE S. WILSON** |
| Date | Clerk |
| | /s/  M. Campbell |
| | Deputy Clerk |